Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**
AUG 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Rolando MEDINA |
| **Docket Number:** | 2:03CR00549-03 |
| **Offender Address:** | Oakland, California |
| **Judicial Officer:** | Honorable Edward J. Garcia<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/08/2005 |
| **Original Offense:** | 21 USC 841, 846 - Conspiracy to Distribute and to Possess With the Intent to Distribute Cocaine Base, Cocaine, and Methamphetamine (Count 1)<br>(CLASS A FELONY)<br><br>21 USC 841(a)(1) - Possession With the Intent to Distribute Cocaine Base (Count 2)<br>(CLASS A FELONY)<br><br>21 USC 841(a)(1) - Possession With Intent to Distribute Methamphetamine (Count 3)<br>(CLASS B FELONY) |
| **Original Sentence:** | 151 months custody Bureau of Prisons as to each count, to be served concurrently for a total aggregate term of 151 months; 60 months Supervised Release as to each count, to be served concurrently for a total aggregate term of 60 months; $300 Special Assessment |
| **Special Conditions:** | 1) Warrantless search; 2) Financial disclosure; 3) Correctional treatment; 4) Drug testing; 5) Co-payment plan; 6) Register as a drug offender; 7) Submit to DNA collection |
| **Type of Supervision:** | Supervised Release |

Rev. 02/2012
VIOLATION_PETITION (PROB12B)
(MODIFICATION).WPD

**RE:** Rolando MEDINA
Docket Number: 2:03CR00549-03
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

| | | |
|---|---|---|
| **Supervision Commenced:** | 10/13/2012 | |
| **Assistant U.S. Attorney:** | Richard J. Bender | **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Gilbert A. Roque (Appointed) | **Telephone:** (530) 666-1935 |

**Other Court Action:**

<u>05/13/2008</u>:  The defendant's original sentence of 151 months custody was reduced to 121 months

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a Residential Re-Entry Center for a period of up to 180 days; said placement shall commence on October 13, 2012, pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The defendant is currently residing at the Oakland Geo Care Residential Re-Entry Center (RRC) as a prereleasee and is requesting to remain at the RRC upon his release from custody. He is currently employed and his plan is to save enough money to secure his own residence and remain in the Northern District of California. He does not expect to save the amount required by his release date, October 13, 2012.

2

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE: Rolando MEDINA
Docket Number: 2:03CR00549-03
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, it is recommended that the defendant's conditions of supervision be modified to include his participation in a Residential Re-Entry Center for up to 180 days. The defendant is in agreement and a signed waiver is attached.

Respectfully submitted,

/s/ Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**
Telephone: (916) 683-3323

DATED: August 15, 2012
Elk Grove, California
KMM/sda

REVIEWED BY: /s/ George A. Vidales for
**JACK C. ROBERSON**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(✓) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

_____8/21/12_____    _____[signature]_____
Date                         Signature of Judicial Officer

**RE: Rolando MEDINA**
**Docket Number: 2:03CR00549-03**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc: United States Probation
Richard J. Bender, Assistant United States Attorney
Gilbert A. Roque, Assistant Federal Defender
Defendant
Court File